UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| AMAN FATIMA,<br><br>Petitioner,<br><br>v.<br><br>BRISON SWEARINGEN,<br>SAMUEL OLSON,<br>DAVID J. VENTURELLA,<br>MARKWAYNE MULLIN,<br>TODD BLANCHE,<br><br>Respondents. | ) | No. 2:26-cv-00585-MPB-MJD |

**ORDER**

This case is **dismissed without prejudice** pursuant to Federal Rule of Civil Procedure 41(a)(2) and the petitioner's notice of voluntary dismissal. *See* dkt. 4.

The **clerk is directed** to enter final judgment.

**IT IS SO ORDERED.**

Dated: September 2, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel